UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION



RECEIVED SEP 2 9 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

| | |
|---|---|
| VERMILION PARISH SCHOOL BOARD | CIVIL ACTION NO. 04-2069 |
| VERSUS | JUDGE DOHERTY |
| BHP BILLITON PETEROLEUM (AMERICAS), INC., ET AL | MAGISTRATE JUDGE METHVIN |

## ORDER

Considering the foregoing Memorandum Ruling,

IT IS HEREBY ORDERED that Chevron's request for an opportunity to conduct discovery for the purpose of ascertaining who owns the subject property is DENIED.

IT IS HEREBY ORDERED that the Motion to Remand shall be and is GRANTED on the basis that diversity jurisdiction does not exist and, therefore, this Court does not have subject matter jurisdiction over this action. The matter is hereby REMANDED to the Fifteenth Judicial District Court for the Parish of Vermilion, State of Louisiana.

IT IS HEREBY FURTHER ORDERED that the Amended Motion to Remand [Doc. 45] is rendered MOOT by the grant of the Motion to Remand.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ___ day of September, 2005.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE